1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YRC INC. f/k/a ROADWAY EXPRESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY MEDICAL GROUP OF VENTURA COUNTY, INC., a California corporation,<br><br>Defendant. | Case No. CV10-7037 AHM (Ex)<br><br>**[Assigned for all purposes to Honorable A. Howard Matz]**<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER<br><br>[Filed concurrently with Stipulation for Protective Order]<br><br>Action Filed: December 7, 2010 |

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

Based upon the Stipulation for Protective Order concurrently filed on August 17, 2011, regarding the handling of documents, deposition transcripts, and other materials filed, produced or otherwise disclosed in the above-captioned matter, and finding good cause therefor, it is hereby ORDERED that:

The Stipulation for Protective Order is hereby GRANTED.

DATED: 8/17/11

_____
Magistrate Judge Charles F. Eick, Jr.
United States District Court Judge